LAW OFFICES
# BASS & ASSOCIATES
A PROFESSIONAL CORPORATION

FORT LOWELL CORPORATE CENTER
SUITE 200
3936 EAST FORT LOWELL ROAD
TUCSON, ARIZONA 85712

TELEPHONE
(520) 577-1544
FACSIMILE
(520) 577-1546

January 7, 2013

United States Bankruptcy Court
Southern District of Floriida
1515 N Flagler Dr
West Palm Baech, FL 33401

Re:         Iluius Dutu
Case No.:   11-40931
Claim No.:  8-1

To Whom It May Concern:

Our firm filed the above listed proof of claim on behalf of our client on February 21, 2012 in the amount of $736.65. Upon reviewing case information, we respectfully request the above proof of claim be withdrawn.

If you have any questions or need further assistance regarding this matter, please feel free to contact us at our toll free number 888-283-4624 x 5908.

Sincerely,

Jill A Sturgeon
Bass & Associates, P.C.
Authorized Agent for Creditor
Admitted in Arizona
SBA 026380